STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
19th Floor - Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: Brandon_LeBlanc@fd.org

Counsel for Defendant Mark Christopher Ramsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK CHRISTOPHER RAMSEY,<br><br>Defendant. | CASE NO. CR 13-00286 SI<br><br>**STIPULATION CORRECTING ADDRESS OF PROPERTY POSTED AS BOND** |

The parties agree that the address for one of the four parcels of land that was used to secure Mr. Ramsey's release is incorrect: 2170 Point Land Arms Drive, Nice, California. The correct address is 2370 Point Land Farms Drive, Nice, California. This information is consistent with the bond paperwork filed with the Court and was verified by Sandra Thompson, Supervisor of the Lake County Assessor-Recorder's Office.

IT IS SO STIPULATED.

Dated: July 17, 2013          /s/
                              KATIE MADEARIS
                              Assistant United States Attorney

Dated: July 17, 2013          /s/
                              BRANDON M. LeBLANC
                              Assistant Federal Public Defender

dated: 7/17/13

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

Stip. Correcting Property Address;
*U.S. v. Ramsey,* CR 13-00286 SI               1