STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
19th Floor - Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: Brandon_LeBlanc@fd.org

Counsel for Defendant Mark Christopher RAMSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-00286 SI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION REQUESTING CONTINUANCE OF CHANGE OF PLEA HEARING; EXCLUSION OF TIME; [PROPOSED] ORDER** |
| v. | ) | |
| MARK CHRISTOPHER RAMSEY, | ) | Current Date: October 11, 2013 |
| Defendant. | ) | Proposed Date: October 25, 2013 |
|  | ) | Time/Place: 11:00 a.m./Ctrm. 10 |

The defendant, MARK CHRISTOPHER RAMSEY, represented by Assistant Federal Public Defender Brandon LeBlanc, respectfully requests that the Court continue the change of plea hearing currently set for October 11, 2013, at 11:00 a.m., until **October 25, 2013, at 11:00 a.m.**, or any later date convenient for the Court, due to the unavailability of counsel for both parties.

The parties further stipulate that time has and continues to be properly excluded under the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

/s
BRANDON M. LeBLANC
Dated: September 24, 2013    Assistant Federal Public Defender

Stip. Cont. Hearing Date; [Prop.] Order
*U.S. v. Ramsey,* CR 13-00286 SI            1

IT IS SO STIPULATED.

Dated: September 24, 2013          /s/
                                   KATIE MEDEARIS
                                   Assistant United States Attorney


### [PROPOSED] ORDER

Based upon the representations of counsel and for good cause shown, the Court continues the change of plea hearing from October 11, 2013, at 11:00 a.m. until ~~October 25, 2013, at 11:00 a.m.~~ **NOVEMBER 8, 2014**, before this Court.

The Court finds that failing to exclude the time between October 11, 2013, and October 25, 2013, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 11, 2013, and October 25, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between October 11, 2013, and October 25, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 9/24/13                     _____
                                   SUSAN ILLSTON
                                   United States District Judge